AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Emerald Aerospace LLC <br> *Plaintiff* <br> v. <br> The Boeing Company <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:22-cv-00717-B |

## Summons in a Civil Action

TO: The Boeing Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Trey Crawford
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 03/29/2022

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00717-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __THE BOEING COMPANY__
was received by me on *(date)* __03/30/22__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CYNTHIA JONES__ , who is designated by law to accept service of process on behalf of *(name of organization)* __CORPORATION SERVICE COMPANY @ 300 DESCHUTES WAY SW, STE. 304, TUMWATER, WA 98501__ on *(date)* __04/01/22 @ 11:36AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __4/1/22__

Server's signature

__ALFREDO DEL TORO JR 30121__
Printed name and title

9508 Front St S Lakewood, WA 98499
Server's address

Additional information regarding attempted service, etc: